IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ERIC R. MAJORS; and
JOSHUA N. WOLCOTT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's First Motion for Order to Stay Civil Action, filed March 31, 2008 (docket #20) is STRICKEN with leave to refile. Defendant shall refile the motion in accordance with D.C.Colo.L.CivR 7.1.

Dated: April 2, 2008