IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ERIC R. MAJORS; and
JOSHUA N. WOLCOTT,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Stipulated Motion for Entry of Proposed Order of Permanent Injunction Against Defendant Joshua N. Wolcott and Filing of Defendant's Consent, filed April 7, 2008 (docket #27). Having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED that Plaintiff's Stipulated Motion for Entry of Proposed Order of Permanent Injunction Against Defendant Joshua N. Wolcott and Filing of Defendant's Consent, filed April 7, 2008 (docket #27) is **GRANTED**.

    Dated: April 18, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge