IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

ERIC R. MAJORS, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Continue Scheduling Conference (docket no. 33) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference currently set on April 30, 2008, at 9:30 a.m. is VACATED. The court will not reset the Rule 16 Scheduling Conference at this time.

It is FURTHER ORDERED that Defendant Eric R. Major's Motion to Stay Civil Action (docket no. 26) is GRANTED finding that good cause has been demonstrated under Fed. R. Civ. P. 62 for such stay. All discovery is STAYED until further order of court except that the parties proceed with limited discovery of financial and related records and documents of non-parties through subpoenas duces tecum only.

It is FURTHER ORDERED that the parties shall file with this court a written status report on the first day of each month beginning on May 1, 2008, concerning the criminal case captioned: <u>USA v. Eric Richfield Majors and Joshua Neale Wolcott</u>, case number 07-cr-00471-EWN filed in the United States District Court for the District of Colorado.

Date: April 23, 2008