IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ERIC R. MAJORS; and
JOSHUA N. WOLCOTT,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Motion to Withdraw as Counsel [doc. #64], filed July 29, 2009, is **GRANTED**. Christopher Q. Pham is allowed to withdraw as counsel for Defendant Eric R. Majors, who will now be proceeding *pro se*. In light of the breakdown between Majors and his counsel, and the resulting withdrawal, Plaintiff's Request for Entry of Summary Judgment Against Eric R. Majors Pursuant to Rule 56(e)(2) [doc. #63], filed July 22, 2009, is **DENIED WITHOUT PREJUDICE**, and Defendant Eric R. Majors shall have up to and until **Wednesday, August 19, 2009** to respond to Plaintiff's Motion for Summary Judgment Against Eric R. Majors [doc. #59], filed June 19, 2009.

      Dated: July 30, 2009