IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ERIC R. MAJORS; and
JOSHUA N. WOLCOTT,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The "Pro Se Defendant's Memorandum of Points and Statements in Support of Denying Motion fo Summary Judgment Against Eric R. Majors & Continuing the Current Stay" [doc. #66], filed August 14, 2009, is **STRICKEN** with leave to refile in compliance with Section III.B. of my Practice Standards concerning motions for summary judgment. Although Defendant Majors is proceeding *pro se*, he must attempt to comply with my Practice Standards, which can be found at http://www.cod.uscourts.gov/Judges/Judges.aspx.  Defendant Majors shall have up and until **Thursday, September 3, 2009** to refile his response to Plaintiff's Motion for Summary Judgment.

      Dated:  August 17, 2009.