IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

ERIC R. MAJORS; and
JOSHUA N. WOLCOTT,

   Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   The Pro Se Defendant's Motion for Leave to File Corrected Response to Plaintiff's Motion for Summary Judgement, [doc. #76], filed October 16, 2009 is **GRANTED**.

   Defendant's Memorandum of Points and Statements in Support of Denying Motion for Summary Judgement Against Eric Majors & Continuing the Current Stay, [doc. #72], filed September 18, 2009 is **STRICKEN**.

   Defendant Majors shall have up and until **Tuesday, October 27, 2009** to file his corrected response.

   Plaintiff shall have up and until **Monday, November 16, 2009** to file its reply to Defendant's corrected response.

   Dated:  October 20, 2009.