IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ERIC R. MAJORS; and
JOSHUA N. WOLCOTT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Clarification of Minute Order #91 or, in the alternative, to Continue Summary Judgment Hearing filed February 3, 2010 [93] is **DENIED AS MOOT.**  The Summary Judgment hearing set for February 10, 2010 was vacated pursuant to Minute Order [92], dated January 22, 2010.

    Dated:  February 3, 2010.