IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

Eric R. Majors and
Joshua N. Wolcott,

Defendants.

---

PLAINTIFF'S STATUS REPORT

---

Plaintiff, Securities and Exchange Commission ("SEC" or the "Commission") hereby files a status report pursuant to the Court's January 22, 2010 Minute Order [docket # 91].[1]

Eric R. Majors

On March 23, 2010, the court in *United States v. Eric Richfield Majors and Joshua Neal Wolcott*, 07-cr-471-JLK (D. Colo.) (hereafter the "criminal case") issued a judgment against defendant Majors sentencing him to a 60-month term of incarceration and a three-year term of supervised release. The court also

1 A Telephone Status Conference is set for April 21, 2010 at 9:00 a.m.

ordered him to pay restitution of $127,239 and $39,301, respectively, to seven identified individual victims and to the Internal Revenue Service.

The SEC's motion for summary judgment is pending in this case.[2] On April 12, 2010, defendant Majors submitted a written consent which, if accepted by the Commission and entered by the Court, settles the SEC's claims against him. Under the Commission's standard procedures, defendant Majors' settlement offer will be reviewed by various divisions of the Commission's staff in Washington, D.C. and calendared for Commission consideration.

Joshua N. Wolcott

The court in the criminal case issued a judgment against defendant Wolcott on April 7, 2010. The court sentenced defendant Wolcott to a five-year term of probation, imposed a 6-month term of home confinement as a condition of probation, and directed defendant to pay restitution of $127,239 to the seven identified victims.

This Court entered an injunction [docket # 30] against defendant Wolcott on April 18, 2008 pursuant to his consent to a bi-furcated settlement. Defendant Wolcott recently proposed to settle the SEC's remaining claims for relief. However, like the proposed settlement with defendant Majors, the proposed

---

[2]The SEC notes that, pursuant to the Court's Orders of January 7 and 22, 2010 [docket #'s 87, 91], the SEC and pro se defendant Majors conferred by telephone on March 25, 2010 and by email on March 26, 2010 and April 2, 2010, in an effort to reach an agreement on a joint list of undisputed and disputed facts, by claim, with citations, that support an award or denial of plaintiff's motion for summary judgment. The parties have not included a joint list of disputed and undisputed facts with this report because the issue will be moot if the Commission accepts defendant Majors' settlement offer.

settlement with defendant Wolcott is subject to headquarter's staff review and Commission approval.

The undersigned SEC counsel anticipates that the settlement offers of defendants Majors and Wolcott will be placed on the Commission's June 2010 calendar.

Dated: April 14, 2010

Respectfully submitted,

/s Barbara T. Wells
Barbara T. Wells
Trial Counsel
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
Direct (303) 844-1005 Wells
Switchboard (303) 844-1000
WellsB@sec.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Email: offsite001@aol.com
Howard S. Dargan. Esq.
Counsel for defendant Joshua N. Wolcott

I further certify that on April 14, 2010, I caused pro se defendant Eric Majors to be served by U.S. Mail at the following address:

Eric Majors
12930 Clifton Drive
Boca Raton, FL 33428

/s Barbara T. Wells
Barbara T. Wells