IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02414-WYD-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

ERIC R. MAJORS, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion Requesting that the Court Cancel the Status Conference set for July 7, 2010 (docket no. 100) is GRANTED finding good cause shown. Settlements have now been reached by all parties and therefore the need to conduct a status conference is moot. The Status Conference set July 7, 2010 at 9:30 a.m. is vacated.

Date: July 06, 2010